# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DELAWARE COUNTY TAX CLAIM BUREAU | : No. 572 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| ALLIE H. SPEIGHTS AND SABRINA H. SPEIGHTS | : |
| | : |
| CJD - GROUP, LLC, | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: ALLIE H. SPEIGHTS | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.